# CHARLES J. DeHART III
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

October 5, 2009

Clerk, U.S. Bankruptcy Court

RE: Wayne R. Silkworth
    Bankruptcy Case No. 1-08-04563
    Unclaimed Funds For: 150 Rosalia Circle
                        York PA 17402

Dear Clerk:

Enclosed herewith please find check No.753879 for $500.00 drawn on the Fulton Bank representing unclaimed funds for the debtor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager